AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
September 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: sec
DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
JEREMIAH CHRISTOPHER JOHNSON

*Defendant(s)*

Case No. **1:26-mj-00890-DH**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 09/08/2026 in the county of TRAVIS in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(n) | Receipt of Firearm by Person Under Felony Indictment or Information |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Stephen Haehnel, Task Force Officer, ATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/16/2026

*Judge's signature*

City and state: Austin, Texas

Dustin Howell, United States Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Stephen Haehnel, a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, having been duly sworn, state the following:
2. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so since May 2026. Additionally, I am a full-time employee as a Special Agent (SA) for the Texas Department of Public Safety (DPS) Criminal Investigations Division (CID) with over fifteen (15) years of law enforcement experience to include over six (6) years as a Special Agent within CID conducting criminal investigations. As a Special Agent with DPS CID I have been responsible for investigations to include property crimes, narcotics related offenses, human trafficking investigations, firearms offenses, and other crimes against the State of Texas.
3. During the course of this investigation, I have worked with ATF Special Agent Leigh Cochran, who has been employed with ATF since January 2015. SA Cochran has training and experience as an ATF Special Agent and is familiar with Federal criminal laws. SA Cochran is currently assigned to the ATF Austin Field Office, located in Austin, Texas. SA Cochran's duties include investigating violations of Federal Law, including violations of the Gun Control Act of 1968, as amended (Title 18, United States Code, Sections 921 et seq.), explosives, arson, alcohol, and tobacco laws. During SA Cochran's tenure as an ATF Special Agent, SA Cochran has initiated and conducted investigations of criminal activity, including but not limited to: the investigation of Federal firearms violations such as possession of a firearm and/or ammunition by prohibited persons and the unlawful act of the receipt, possession, bartering, selling, or disposing of firearms. Through SA Cochran's training, education and experience, SA Cochran is also familiar with the manner in which firearms are illegally obtained, transported, stored, concealed, smuggled, and trafficked. Additionally, SA Cochran is familiar with the methods and tactics by which individuals who illegally acquire firearms secret their activities from law enforcement entities.
4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers from Austin Police Department and the Drug Enforcement Administration. This affidavit does not necessarily contain all of the information concerning this investigation that is known to me or to law enforcement officers but describes only those relevant facts necessary to establish probable cause for the offense set forth in the Criminal Complaint attached hereto and does not set forth all of my knowledge about this matter.
5. This affidavit is submitted in support of a Criminal Complaint against Defendant JEREMIAH CHRISTOPHER JOHNSON, DOB: 05/17/2002, for violations of Title 18, United States Code, Section 922(n) (Receipt of Firearm by Person Under Felony Indictment or Information).
6. ATF received information from the Drug Enforcement Administration (DEA) that a suspected fentanyl dealer identified as JEREMIAH CHRISTOPHER JOHNSON, nickname "Draco", was looking to sell a Glock 19 Gen6 pistol.

7. Research into JOHNSON revealed that on or about July 17, 2025, JOHNSON plead guilty to a felony charge in Travis County, Texas for Manufacture or Delivery of a Controlled Substance in Penalty Group one B (1B), equal to or greater than one (1) gram but less than four (4) grams, a Second Degree Felony, that was plead down to Manufacture or Delivery of a Controlled Substance in Penalty Group one B (1B), less than one (1) gram, a State Jail Felony under cause number D-1-DC-24-303171. JOHNSON was sentenced to 37 days in the Travis County Jail.

8. With that felony conviction, JOHNSON was provided with a written admonition on ineligibility to possess firearm or ammunition and instruction on ineligibility to vote in the State of Texas, which he signed.

9. Additional research of JOHNSON's CCH revealed that JOHNSON had been arrested for Aggravated Assault Date/Family/House with a Deadly Weapon, a Second Degree Felony, to which he plead guilty to and received eight (8) years of deferred adjudication on 07/17/2025 under Travis County cause number D-1-DC-24-209343.

10. Furthermore, research of JOHNSON's CCH also revealed that on 07/17/2025 JOHNSON was sentenced following a guilty plea to an Aggravated Robbery with a Deadly Weapon charge that was reduced to Robbery, a Second Degree Felony. JOHNSON received five (5) years deferred adjudication under Travis County cause number D-1-DC-23-300832.

11. In addition, on 04/28/2026 JOHNSON was indicted in Travis County on two (2) additional felony charges to include Possession of a Prohibited Weapon, a Third Degree Felony, under cause number D-1-DC-25-400164, and Manufacture or Delivery of a Controlled Substance in Penalty Group one B (1B), four (4) grams or more but less than two hundred (200) grams, a First Degree Felony, under cause number D-1-DC-25-400165. Those indictments remain pending against as of today's date.

12. Additional information revealed that JOHNSON is a suspect of an Austin Police Department (APD) investigation involving a fentanyl overdose death of another individual where JOHNSON was the supplier of the fentanyl.

13. It was further advised that JOHNSON is believed to be in possession of multiple firearms, to include firearms that may be used for other criminal activity in the Austin, Texas area. One of the firearms believed to be in JOHNSON's possession is a .300 blackout AR Pistol with a drop-in auto sear installed.

14. On September 8, 2026, ATF participated in a joint operation with DEA and APD to purchase the Glock 19 Gen6 pistol from JOHNSON through the use of a DEA confidential source (CS).

15. Covert surveillance was established at JOHNSON's apartment, the Bridge at Center Ridge Apartments located at 701 Center Ridge Drive, Austin, Texas 78753.

16. Surveillance was set to observe both stairwells of building five (5) that would allow access to apartment 538, the apartment believed to be occupied by JOHNSON.

17. I observed the CS arrive at building five (5) almost immediately followed by the observation of JOHNSON coming down from the third floor of building five (5) from the breezeway of apartment 538.

18. Ultimately, the pistol and 12 rounds of ammunition was purchased from JOHNSON with the use of APD investigative funds. The pistol was further identified as a Glock, model: 19GEN6, 9mm caliber, pistol, bearing serial number: CHTF955.

19. On September 9, 2026, I took possession of the pistol and ammunition from APD.

20. On September 11, 2026, ATF received the results of the firearm trace for the aforementioned pistol. A review of the ATF Firearms Trace Summary, Trace Number: T20260450103, revealed that the firearm was originally purchased by another individual on 05/28/2026, from a Federal Firearms Licensee in Pflugerville, Texas.

21. On September 11, 2026, the pistol was test fired for entry of the fired cartridge casings (FCC) into the NIBIN database. During the test fire, TFO Haehnel found that the firearm will or is designed to or may readily be converted to expel a projectile by the action of an explosive as defined by the definition of a "firearm" under Title 18 United States Code (U.S.C.) 921.

22. On or about September 14, 2026, ATF Special Agent Robert Dougherty, who is a qualified expert in the identification of firearms and ammunition, to include the place of manufacture, subsequently determined that the aforementioned firearm was manufactured outside of the State of Texas, and therefore travelled in and affected interstate and/or foreign commerce prior to their recoveries in the Western District of Texas.

23. Based on the facts and circumstances stated herein, I have probable cause to believe that:

    a. On or about September 8, 2026, Defendant JOHNSON, being under felony indictment or information, did unlawfully receive a firearm, which had previously traveled in and affected interstate and/or foreign commerce, in violation of 18 U.S.C. § 922(n) (Receipt of Firearm by Person Under Felony Indictment or Information).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Stephen Haehnel
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Sworn or attested to me by telephone under Rule 4.1 of the Federal Rules of Criminal Procedure on this 16th day of September, 2026.

DUSTIN HOWELL
UNITED STATES MAGISTRATE JUDGE